[No. 13393-1-III.    Division Three.    October 8, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS TURNER, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 92-1-00277-4, Robert N. Hackett, J., entered June 11, 1993. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, C.J., and Thompson, J.

[No. 15336-3-III.    Division Three.    October 8, 1996.]

*In the Matter of the Application for Relief from Personal Restraint of* FLOYD R. WINEGAR, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 15802-1-III.    Division Three.    October 8, 1996.]

*In the Matter of the Application for Relief from Personal Restraint of* JOHN HODGE, *Petitioner.*

Petition for relief from personal restraint. *Remanded* by unpublished per curiam opinion.

[No. 14127-6-III.    Division Three.    October 10, 1996.]

JAMES NICHOLS, *Respondent*, v. MARY D. ROUSE, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 92-2-00172-1, Robert N. Hackett, J., entered June 7, 1994. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, C.J., and Schultheis, J.